IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUNKIN' DONUTS INCORPORATED, *
  a Delaware Corporation
                                                          *
            Plaintiff,
                                                          *   Civil Action No.: JFM 01-CV-4014
v.                                                       *

JAM AND FAMILY ENTERPRISES, INC. et al.
                                                          *
            Defendants.
                                                          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER

Plaintiff Dunkin' Donuts Incorporated and Defendants JAM and Family Enterprises, Inc., et al., by their respective attorneys hereby stipulate that the time for response to the Complaint shall be extended to and including March 1, 2002.


_____
Gregory Zini
Robert L. Zisk
Larry H. Mitchell

Schmeltzer, Apataker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037-1922
(202) 333-8800

Attorneys for Plaintiff

_____
Timothy F. McCormack
Hope D. Miller

Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000

Attorneys for Defendant

## ORDER ON STIPULATION

SO ORDERED, this 19th day of February 2002, by the United States District Court for the District of Maryland.

                                                United States District Court Judge

cc:

Timothy F. McCormack
Hope D. Miller
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202


Gregory Zini
Robert L. Zisk
Larry H. Mitchell
Schmeltzer, Apataker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037-1922