IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUNKIN' DONUTS INCORPORATED,  *
  a Delaware Corporation
                              *
        Plaintiff,
                              *   Civil Action No.: JFM 01-CV-4014
v.
                              *
JAM AND FAMILY ENTERPRISES, INC, et al.
                              *
        Defendants.
                              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER**

Plaintiff Dunkin' Donuts Incorporated and Defendants JAM and Family Enterprises, Inc., *et al.*, by their respective attorneys hereby stipulate that the time for response to the Complaint shall be extended to and including March 15, 2002.

_____           _____
Gregory Zini                        Timothy F. McCormack
Robert L. Zisk                      Hope D. Miller
Larry H. Mitchell

Schmeltzer, Apataker & Shepard, P.C.   Gordon, Feinblatt, Rothman,
2600 Virginia Avenue, N.W.               Hoffberger & Hollander, LLC
Suite 1000                              The Garrett Building
Washington, D.C. 20037-1922             233 East Redwood Street
(202) 333-8800                          Baltimore, Maryland 21202
                                        (410) 576-4000

Attorneys for Plaintiff                 Attorneys for Defendant