IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>JAM AND FAMILY ENTERPRISES, INC, *et al.*<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* Civil Action No.: JFM 01-CV-4014 |

* * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER

Plaintiff Dunkin' Donuts Incorporated and Defendants JAM and Family Enterprises, Inc., *et al.*, by their respective attorneys hereby stipulate that the time for response to the Complaint shall be extended to and including March 31, 2002.

_____    _____
Gregory Zini                 Timothy F. McCormack
Robert L. Zisk               Hope D. Miller
Larry H. Mitchell

Schmeltzer, Apataker & Shepard, P.C.    Gordon, Feinblatt, Rothman,
2600 Virginia Avenue, N.W.                 Hoffberger & Hollander, LLC
Suite 1000                              The Garrett Building
Washington, D.C. 20037-1922             233 East Redwood Street
(202) 333-8800                          Baltimore, Maryland 21202
                                        (410) 576-4000

Attorneys for Plaintiff                 Attorneys for Defendant

## ORDER ON STIPULATION

SO ORDERED, this ____ day of March 2002, by the United States District Court for the District of Maryland.

_____
United States District Court Judge

cc:

Timothy F. McCormack
Hope D. Miller
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202


Gregory Zini
Robert L. Zisk
Larry H. Mitchell
Schmeltzer, Apataker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037-1922