IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUNKIN' DONUTS INCORPORATED,  *
  a Delaware Corporation
                              *
          Plaintiff,
                              *     Civil Action No.: JFM 01-CV-4014
v.
                              
JAM AND FAMILY ENTERPRISES, INC, et al.
                              *
          Defendants.

* * * * * * * * * * * * * * * * * * * *

## STIPULATION AND ORDER

Plaintiff Dunkin' Donuts Incorporated and Defendants JAM and Family Enterprises, Inc., et al., by their respective attorneys hereby stipulate that the time for response to the Complaint shall be extended to and including May 1, 2002.

_____        _____
Gregory Zini                                Timothy F. McCormack
Robert L. Zisk                              Hope D. Miller
Larry H. Mitchell

Schmeltzer, Apataker & Shepard, P.C.        Gordon, Feinblatt, Rothman,
2600 Virginia Avenue, N.W.                    Hoffberger & Hollander, LLC
Suite 1000                                  The Garrett Building
Washington, D.C. 20037-1922                 233 East Redwood Street
(202) 333-8800                              Baltimore, Maryland 21202
                                            (410) 576-4000

Attorneys for Plaintiff                     Attorneys for Defendant

## ORDER ON STIPULATION

SO ORDERED, this 2nd day of April 2002, by the United States District Court for the District of Maryland.

								_____
								United States District Court Judge

cc:

Timothy F. McCormack
Hope D. Miller
Gordon, Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland  21202


Gregory Zini
Robert L. Zisk
Larry H. Mitchell
Schmeltzer, Apataker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037-1922