IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>a Delaware Corporation,<br><br>  Plaintiff,<br>v.<br><br>JAM AND FAMILY ENTERPRISES, INC.,<br>a Maryland Corporation,<br>JOHNNY E. BRAGG, and<br>MARY ELLEN BRAGG,<br>  Residents of the State of Maryland,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: JFM 01-CV-4014<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dunkin' Donuts Incorporated hereby gives notice of the dismissal, without prejudice, of this action.

Respectfully submitted,

_____
Robert L. Zisk
David E. Worthen
Gregory Zini
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Dated: July 26, 2002          Attorneys for the Plaintiff